

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00318-CV

DAVID SMITH, Appellant

v.

KIRCHEN APPRAISAL COMPANY,
Appellee

§   On Appeal from the 393rd District Court

§   of Denton County (18-10707-393)

§   May 20, 2021

§   Memorandum Opinion by Justice Walker

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's final judgment. It is ordered that the final judgment of the trial court is affirmed.

It is further ordered that appellant David Smith shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker